IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DARIO JOSUE RIVERA,<br><br>          Defendant. | CASE NOs.  8:22-CR-00115-JVS<br>                    5:24-mj-00044-CDB<br><br>**APPLICATION FOR ORDER UNSEALING PETITION ON PROBATION AND SUPERVISED RELEASE (BENCH WARRANT) FOR OFFENDER UNDER SUPERVISION AS TO DEFENDANT DARIO JOSUE RIVERA** |

   The United States, having arrested the defendant, DARIO JOSUE RIVERA, on an arrest warrant and the need for sealing the Petition on Probation and Supervised Release (Bench Warrant) as to defendant RIVERA has ceased;

   IT IS ORDERED that the Petition on Probation and Supervised Release (Bench Warrant) shall be unsealed as to defendant.

Dated:  December 11, 2024

_____
HON. CHRISTOPHER D. BAKER
UNITED STATES MAGISTRATE JUDGE

UNSEALING ORDER                                                                        1